IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
Docket No. 5:13-CR-96-RLV-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>(1) DAMION JORDAN ARMSTRONG, )<br>   a/k/a "Dame," )<br>   a/k/a "Dame Dame," )<br>(2) DAMION EUGENE HOUSTON, )<br>   a/k/a "Slim," )<br>(3) KIANTA MARTESE DAVIS, )<br>   a/k/a "Keezy," )<br>(4) ANTONIO RASHAWN WHITWORTH, )<br>(5) KEON MAURQUIE GAITHER, )<br>   a/k/a "Sleepy," )<br>(6) PARIS MICHAEL THOMPSON, )<br>   a/k/a "P" ) | ORDER UNSEALING<br>BILL OF INDICTMENT |

UPON MOTION of the United States of America, by and through Anne M. Tompkins, United States Attorney for the Western District of North Carolina, for an order directing that the Bill of Indictment for the above-captioned matter, which was previously sealed by the Court, be unsealed.

**IT IS HEREBY ORDERED** that the Bill of Indictment be unsealed.

The Clerk is directed to certify copies of this Order to the United States Attorney's office.

**SO ORDERED.**

Signed: November 20, 2013

David S. Cayer
United States Magistrate Judge